IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ORILLION CRADDOCK,

    Plaintiff,

v.                                       Civil Action No. 3:12CV430

CLYD N. FISHER, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on June 27, 2012, the Court conditionally docketed the action. Orillion Craddock requested leave to proceed in forma pauperis. By Memorandum Order entered on August 20, 2012, the Court directed Craddock to pay an initial partial filing fee of $31.83 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1). Craddock has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Craddock is not entitled to proceed in forma pauperis. Craddock's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Craddock.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: October 3, 2012
Richmond, Virginia